UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                 Plaintiff,

    - against -

SAFAVIEH CARPETS, INC. AND
SHUTTLEWORTH ARTISTS, LTD.,

                Defendants.

21-cv-11136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **May 10, 2022** at **12:00 p.m.** is canceled. The parties should file a Rule 26(f) report by **May 19, 2022**.

SO ORDERED.

Dated:    New York, New York
            May 5, 2022

                                              John G. Koeltl
                                      United States District Judge